UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 26-3208 FMO (PVCx)**<br>**CV 26-11470 FMO (PVCx)** | Date | **November 13, 2026** |
| Title | **Agustin Carpio v. IHG Management Maryland LLC**<br>**Marcos Garcia v. IHG Management (Maryland) LLC** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| None Present | None Present |

**Proceedings: (In Chambers) Order to Show Cause Re: Consolidation**

Having reviewed the dockets in Agustin Carpio v. IHG Management Maryland LLC, CV 26-3208 FMO (PVCx) ("Carpio") and Marcos Garcia v. IHG Management (Maryland) LLC, CV 26-11470 FMO (PVCx), and in light of the Court's Order of November 9, 2026, (Dkt. 13), transferring Garcia to the undersigned as a related case to Carpio, IT IS ORDERED THAT:

1. By no later than **November 20, 2026**, each separately-represented party shall file a Memorandum Re: Consolidation ("Memorandum"), no longer than ten pages in length, addressing (1) the extent to which there are similar factual and/or legal issues in the above cases, and (2) whether or not the cases should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure See Fed. R. Civ. P. 42(a)(2) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]").

2. If the parties agree that the cases should be consolidated, they shall file a stipulation in lieu of a Memorandum no later than **November 18, 2026**.

3. Failure to file a response by the deadlines set forth above shall be deemed as consent to the consolidation of the above-referenced actions.

00 : 00

Initials of Preparer vdr